BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN NOUTHAI YANG,<br><br>　　　　　　　　Defendant. | CASE NO. 1:14-cr-247 LJO-SKO<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 30, 2015, at 1:00 p.m. before U.S. Magistrate Judge Sheila K. Oberto.

2. By this stipulation, the parties move to continue the matter to June 1, 2015, at 1:00 p.m. for further defense investigation, which requires travel outside of the area, and consideration of the government's plea offer.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. Counsel for defendant desires additional time to conduct further investigation and

1

discuss and effectuate the most favorable resolution possible.

      b.     Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 30, 2015, to June 1, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

DATED:     March 18, 2015.     Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Karen A. Escobar*
                                               KAREN A. ESCOBAR
                                               Assistant United States Attorney

DATED:     March 18, 2015.

                                               */s/ P. Lor*
                                               P. LOR
                                               Counsel for Defendant Yang

**O R D E R**

Pursuant to the parties' stipulation, the status conference presently set for March 30, 2015, is continued to **June 1, 2015, at 1:00 p.m.**  The time period from March 30, 2015, to June 1, 2015, inclusive, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) because it results from a continuance granted at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

IT IS SO ORDERED.

Dated:   **March 19, 2015**                         */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

3