BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR247 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| KEVIN NOUTHAI YANG, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on August 3, 2015, at 1:00 p.m. before U.S. Magistrate Judge Sheila K. Oberto.

2.  By this stipulation, the parties move to continue the matter to September 8, 2015, at 1:00 p.m. for further defense investigation and consideration of supplemental discovery generated as a result of ongoing investigation by the government and in consideration of defense counsel's schedule and travel this week and next.

3.  The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for defendant desires additional time to conduct further investigation and discuss and effectuate the most favorable resolution possible.

b. Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 3, 2015, to September 7, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   July 21, 2015.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   July 21, 2015.

*/s/ P. Lor*
P. LOR
Counsel for Defendant Yang

**O R D E R**

Pursuant to the parties' Stipulation, the status conference hearing presently set for Monday, August 3, 2015, at 1:00 p.m. is hereby vacated and rescheduled for Tuesday, September 8, 2015, at 1:00 p.m.   It is further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' stipulation, through and including the continued status conference date of September 8, 2015, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **July 27, 2015**                         **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

3