BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CR-00247-LJO |
|---|---|
| Plaintiff, | **STATUS REPORT; REQUEST BY UNITED STATES AND ORDER TO CONTINUE ANCILLARY HEARING** |
| v. | |
| KEVIN NOUTHAI YANG | Fed.R.Crim.P. 32.2(c); 21 U.S.C.§ 853(n) |
| Defendant. | |

The United States of America submits the following Status Report and Request:

1. The U.S. Attorney's Office, through the undersigned counsel, represents the United States of America. Petitioners Bryan and Evelyn Johnsgard are represented by attorney Arthur Nielson.

2. On February 26, 2016, the Court entered a Preliminary Order of Forfeiture (ECF # 36) as to defendant Kevin Nouthai Yang for the following assets:

   a. Harrington and Richardson 12 gauge shotgun bearing serial number ND239379; and
   b. Real Property located at 1081 Westridge Road, Hayfork, Trinity County, California including the single-dwelling Manufactured or mobile home located on the real property, APN: 019-660-08-000.

3. Following the Court's entry of a preliminary order of forfeiture on February 26, 2016 (ECF No. 36), the United States provided notice to potential claimants pursuant

to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(1) and Local Rule 171.  The deadline to file a petition was extended at the request of Petitioners Evelyn Johnsgard, Bryan Johnsgard and Kong Her to April 18, 2016.

4.   On April 11, 2016, Petitioners Bryan and Evelyn Johnsgard filed their Ancillary Petition as to the Subject Property in item b. referenced above.

5.   On April 15, 2016, Robert Lamanuzzi, attorney for Kong Her contacted the United States Attorney's Office and requested an additional extension of time to file an Ancillary Petition on behalf of his client.  The United States agreed to extend the deadline for Kong Her's Ancillary Petition to May 6, 2016.

6.   On April 20, 2016, the Court issued a Minute Order setting the Ancillary Petition Hearing for May 2, 2016.

7.   The United Sates requests that the Court continue the May 2, 2016, Ancillary Hearing approximately 30 days, to allow time for potential petitioner Kong Her to file his Ancillary Petition and thereafter for the United States to bring a Request for Discovery in the Ancillary proceeding pursuant to Fed. R. Crim. P. 32.2(c)(1)(B).

DATED: April 25, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Jeffrey A. Spivak
                                         JEFFREY A. SPIVAK
                                         Assistant U.S. Attorney

## ORDER

For good cause, the Ancillary Hearing on the Petition of Lienholder (ECF #39) is continued from May 2, 2016 to June 6, 2016 at 10:30 a.m..

IT IS SO ORDERED.

Dated:   **April 26, 2016**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2

Request and [Proposed] Order to Continue Ancillary Hearing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Request and [Proposed] Order to
Continue Ancillary Hearing