PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
       United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>KEVIN NOUTHAI YANG,<br><br>                  Defendant, | 1:14-CR-00247-LJO-SKO<br><br>**FINAL ORDER OF FORFEITURE** |

     WHEREAS, on February 26, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the plea agreement entered into between the United States and defendant Kevin Nouthai Yang forfeiting to the United States the following property:

         a)     Harrington and Richardson 12 gauge shotgun bearing serial number ND239379; and

         b)     Real Property located at 1081 Westridge Road, Hayfork, Trinity County, California including the single-dwelling manufactured or mobile home located on the real property, APN: 019-660-08-00.

     AND WHEREAS, beginning on August 23, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

///

Final Order of Forfeiture

petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that all initial third party claims have been resolved and no additional third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendant Kevin Nouthai Yang, Bryan Johnsgard, Evelyn Johnsgard, and Kong Her.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **October 24, 2016**           /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE

Final Order of Forfeiture

2